UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Anthony Burnett</u>

    v.                                                Case No. 10-cv-385-PB

<u>United States of America</u>

### **O R D E R**

The government shall reply to petitioner's supplemental memorandum (Doc. No. 48) within 21 days.  To the extent that the government contends that some or all of the issues raised in the filing can be resolved without an evidentiary hearing, the government shall provide argument in its reply supporting its position.

The government shall also respond to the motion for reconsideration (Doc. No. 41).  No further pleadings shall be filed until the court rules on document no. 41 and determines whether petitioner shall be entitled to an evidentiary hearing on his remaining claims.

SO ORDERED.

                                        <u>/s/Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

July 19, 2012

cc:  Anthony Burnett, pro se
     Cathy J. Green, Esq.
     Seth Aframe, Esq.