UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Anthony Burnett

        v.                        Case No. 10-cv-385-PB

United States of America


O R D E R

      On October 31, 2012, I ordered the petitioner to file a motion for an evidentiary hearing after responding to the government's status report. The petitioner has filed a second supplemental 2255 motion for relief which I construe as his request for an evidentiary hearing. The government shall file a response to this document within 14 days.


      SO ORDERED.



December 12, 2012                        /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Anthony Burnett
        Cathy Green, Esq.
        Seth Aframe, Esq.