UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Anthony Burnett

    v.                          Case No. 10-cv-385-PB

United States of America

**O R D E R**

The government shall ensure that Anthony Burnett is given access to paper and a pen. Burnett shall file any reply to the government's objection to his request for an evidentiary hearing on or before January 9, 2012.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

January 2, 2013

cc:  Anthony Burnett, pro se
     Cathy Green, Esq.
     Seth Aframe, AUSA